MONICA L. RUFF AND JACK H. RUFF v. DAVID M. WEINTRAUB, ET AL.

June 3, 1986.

Petition for certification granted.

DEVONSHIRE DEVELOPMENT ASSOCIATES v. CITY OF HACKENSACK.

June 3, 1986.

Petition for certification denied.

KDI SYLVAN POOLS, INC. v. HERBERT AND GIOIA KAY.

June 3, 1986.

Petition for certification denied.

SHIRLEY KOPPENAL AND NICHOLAS KOPPENAL v. THE NEWS PRINTING COMPANY AND SUSAN FROETSCHEL.

June 3, 1986.

Petition for certification granted.